UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Kevin Bryant,<br><br>PLAINTIFF<br><br>v.<br><br>Lt. Waldrop, et al.,<br><br>DEFENDANTS | Case No. 6:22-cv-00005-TLW-KFM<br><br>**Order** |

Plaintiff Kevin Bryant, a South Carolina Department of Corrections inmate proceeding pro se and *in forma pauperis*, filed this civil action alleging various claims, including an excessive force claim against certain defendants. About a month after filing his complaint, Bryant filed a motion for a preliminary injunction alleging that the staff at his institution are retaliating against him and asking for an order requiring him to be transferred to a different institution. ECF No. 15.

The matter now comes before the Court for review of the Report and Recommendation (Report) filed by the magistrate judge to whom this case was assigned. The magistrate judge concluded that Bryant did not meet the applicable standards for issuance of a preliminary injunction and therefore recommends that his motion be denied. ECF No. 16 at 2. He did not file objections to the Report. This matter is now ripe for decision.

The Court is charged with conducting a *de novo* review of any portion of the Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636.

1

In the absence of objections to the Report, the Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983). In such a case, "a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

The Court has carefully reviewed the Report. For the reasons stated by the magistrate judge, the Report, ECF No. 16, is **ACCEPTED**, and Bryant's motion for preliminary injunction, ECF No. 15, is **DENIED**.

**IT IS SO ORDERED**.

    *s/ Terry L. Wooten*
Terry L. Wooten
Senior United States District Judge

April 6, 2022
Columbia, South Carolina